# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-03030-TCB
## Allen et al v. Tristar Products, Inc.
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 07/23/2019.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 11:05 A.M.   COURT REPORTER: Lori Burgess
TIME IN COURT: 1:30                DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Steven Beard representing Kenya Allen<br>Steven Beard representing Loren Allen<br>Cale Conley representing Kenya Allen<br>Cale Conley representing Loren Allen<br>Sanjay Ghosh representing Tristar Products, Inc.<br>Davis Popper representing Kenya Allen<br>Davis Popper representing Loren Allen |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [85]Motion to Exclude GRANTED IN PART & DENIED IN PART<br>[86]Motion to Exclude GRANTED<br>[87]Motion for Summary Judgment DENIED |
| MINUTE TEXT: | Court heard argument from Counsel, ruled on motions. Pretrial Order due August 15, 2019. |
| HEARING STATUS: | Hearing Concluded |